UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRAD E. MINKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:06CV1668 RWS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before me on a Report and Recommendation to affirm the decision of the Commissioner of Social Security to deny Plaintiff disability insurance benefits and supplemental security income. Neither of the parties has filed an objection to this recommendation.

This matter was referred to United States Magistrate Judge David D. Noce for a Report and Recommendation pursuant to 28 U.S.C. § 636(b). Judge Noce issued a Report and Recommendation on February 7, 2008 that recommended that the Commissioner's decision to deny benefits should be affirmed. Judge Noce found that the Administrative Law Judge's determination that Plaintiff was not entitled to benefits was supported by substantial evidence in the record.

Any objections to Judge Noce's Report and Recommendation had to be filed by February 22, 2008. Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Noce is **SUSTAINED, ADOPTED AND INCORPORATED** herein.  The Commissioner of Social Security's decision to deny disability benefits to Plaintiff is affirmed

                                                     _____
                                                   RODNEY W. SIPPEL
                                                   UNITED STATES DISTRICT JUDGE

Dated this 27th day of February, 2008.